```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 38128
   JOHN P BRUST
   JENNIFER A BRUST                             CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
  SSN XXX-XX-7169      SSN XXX-XX-2521
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 10/13/04 and confirmed on 01/20/05.

   2. The case was converted to Chapter 7 after confirmation, 04/23/2008.

   3. The Debtor paid a total of $  12514.43 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | SECURED | 500.00 | 55.98 | 163.57 |
| MEADOWS CREDIT UNION | SECURED | 13000.00 | 2319.23 | 7834.07 |
| ADVENTIST LAGRANGE MEMOR | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2574.40 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 7937.17 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1074.69 | .00 | .00 |
| AMOCO | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7426.04 | .00 | .00 |
| DUPAGE NEONATOLOGY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 431.47 | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 1272.21 | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 468.57 | .00 | .00 |
| KOHLS | UNSECURED | 475.75 | .00 | .00 |
| LAGRANGE MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| LAGRANGE WOMENS CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 514.74 | .00 | .00 |
| NIAZI SHER AHSAN | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 758.74 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| PRIMARY CARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PRIMARY CARE ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| RADIO SHACK | UNSECURED | NOT FILED | .00 | .00 |
| UNITED STUDENT AID FUNDS | UNSECURED | 1750.00 | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |

```
ROUNDUP FUNDING LLC         UNSECURED      4466.12             .00           .00
WORLD FINANCIAL NETWORK     UNSECURED       174.01             .00           .00
MEADOWS CREDIT UNION        UNSECURED      3388.12             .00           .00
WORLD FINANCIAL NETWORK     UNSECURED      2076.47             .00           .00
WORLD FINANCIAL NETWORK     UNSECURED       930.22             .00           .00
NCM TRUST                   UNSECURED      1071.80             .00           .00
UNITED STUDENT AID FUNDS    UNSECURED       875.00             .00           .00
UNITED STUDENT AID FUNDS    UNSECURED      1609.54             .00           .00
UNITED STUDENT AID FUNDS    UNSECURED       875.00             .00           .00
UNITED STUDENT AID FUNDS    UNSECURED      1256.66             .00           .00
```

Summary of disbursements:

```
                    SECURED      PRIORITY     UNSECURED       OTHER         TOTAL
TOTAL CLMS ALLOWED  13500.00          .00      41406.72         .00      54906.72
PRINCIPAL PAID       7997.64          .00           .00         .00       7997.64
INTEREST PAID        2375.21          .00           .00         .00       2375.21
TOTAL PAID          10372.85          .00           .00         .00      10372.85
```

The Debtor's attorney, GREENBERG & ASSOC           , was allowed $  2700.00
and was paid $   1065.00  direct and $   1635.00  through the plan.

The Trustee received $    506.58 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 07/21/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO.  04 B 38128 JOHN P BRUST & JENNIFER A BRUST